# UNITED STATES BANKRUPTCY COURT
Northern **DISTRICT OF** Texas

Fort Worth Division

In re: One Source Industrial Holdings, LLC  § Case No. 14-44996-RFN-7
§
§
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Michael A. McConnell, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distributions to Claimants: $497,715.35 | Claims Discharged Without Payment: $21,928,906.41 |
| Total Expenses of Administration: $580,219.13 | |

3) Total gross receipts of $811,943.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $811,943.91 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $0.00 | $22,072,061.31 | $143,154.90 | $143,154.90 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $580,219.13 | $580,219.13 | $488,248.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $204,429.59 | $204,429.59 | $180,540.23 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $266,932.43 | $266,932.43 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $2,588,555.93 | $2,588,555.93 | $0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $25,712,198.39 | $3,783,291.98 | $811,943.91 |

4) This case was originally filed under chapter 11 on 12/16/2014 & was converted to chapter 7 on 01/14/2016. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2017        By: /s/ Michael A. McConnell
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Frost Bank | 1129-000 | $200,393.57 |
| Dynamic Rental | 1122-000 | $5,000.00 |
| Trucks, Trailers & Equipment | 1129-000 | $514,320.00 |
| Office Furniture & Fixtures | 1129-000 | $5,320.00 |
| Insurance Recoveries | 1129-000 | $21,220.50 |
| Refund of Escrow | 1129-000 | $59,500.27 |
| Misc | 1129-000 | $6,189.57 |
| **TOTAL GROSS RECEIPTS** | | **$811,943.91** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | Andrews County Tax | 4800-000 | $0.00 | $4,831.59 | $1,872.00 | $1,872.00 |
| 26 | Andrews ISD | 4800-000 | $0.00 | $41,560.93 | $16,128.00 | $16,128.00 |
| 29 | Ector CAD | 4800-000 | $0.00 | $8,429.14 | $8,429.14 | $8,429.14 |
| 88 | Ector CAD | 4800-000 | $0.00 | $26,864.30 | $23,085.18 | $23,085.18 |
| 82 | Ellis County | 4800-000 | $0.00 | $23,688.77 | $6,000.00 | $6,000.00 |
| 30 | Harris County | 4800-000 | $0.00 | $36,789.85 | $25,000.00 | $25,000.00 |
| 51 | La Porte ISD | 4800-000 | $0.00 | $96,800.08 | $45,000.00 | $45,000.00 |
| 92 | Midland CAD | 4800-000 | $0.00 | $41.58 | $41.58 | $41.58 |
| 28 | Reeves CAD | 4800-000 | $0.00 | $78,214.33 | $14,103.00 | $14,103.00 |
| 27 | Reeves County | 4800-000 | $0.00 | $18,758.36 | $3,496.00 | $3,496.00 |
| 1 | Engs Commercial Fiance | 4210-000 | $0.00 | $229,740.40 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Engs Commercial Finance | 4220-000 | $0.00 | $445,577.66 | $0.00 | $0.00 |
| 4 | Chrysler Capital | 4220-000 | $0.00 | $21,911.37 | $0.00 | $0.00 |
| 5 | Chrysler Capital | 4220-000 | $0.00 | $30,057.96 | $0.00 | $0.00 |
| 6 | Chrysler Capital | 4220-000 | $0.00 | $26,424.51 | $0.00 | $0.00 |
| 7 | Chrysler Capital | 4220-000 | $0.00 | $38,955.20 | $0.00 | $0.00 |
| 8 | Chrysler Capital | 4220-000 | $0.00 | $28,718.49 | $0.00 | $0.00 |
| 9 | Chrysler Capital | 4220-000 | $0.00 | $42,352.68 | $0.00 | $0.00 |
| 10 | Chrylser Capital | 4220-000 | $0.00 | $43,876.95 | $0.00 | $0.00 |
| 11 | Chrysler Capital | 4220-000 | $0.00 | $37,660.05 | $0.00 | $0.00 |
| 12 | BMO | 4220-000 | $0.00 | $164,218.89 | $0.00 | $0.00 |
| 13 | BMO | 4220-000 | $0.00 | $162,353.96 | $0.00 | $0.00 |
| 14 | BMO | 4220-000 | $0.00 | $90,385.19 | $0.00 | $0.00 |
| 15 | BMO | 4220-000 | $0.00 | $169,676.31 | $0.00 | $0.00 |
| 16 | GE | 4220-000 | $0.00 | $269,860.36 | $0.00 | $0.00 |
| 17 | Transp Truck | 4220-000 | $0.00 | $46,862.62 | $0.00 | $0.00 |
| 18 | BMO | 4220-000 | $0.00 | $126,937.97 | $0.00 | $0.00 |
| 19 | Transp Truck | 4220-000 | $0.00 | $6,040.54 | $0.00 | $0.00 |
| 20 | BMO | 4220-000 | $0.00 | $47,282.90 | $0.00 | $0.00 |
| 21 | Transp Truck | 4220-000 | $0.00 | $11,323.22 | $0.00 | $0.00 |
| 22 | BMO | 4220-000 | $0.00 | $134,258.54 | $0.00 | $0.00 |
| 23 | Transp Truck | 4220-000 | $0.00 | $61,589.28 | $0.00 | $0.00 |
| 24 | BMO | 4220-000 | $0.00 | $147,850.00 | $0.00 | $0.00 |
| 36 | Ally Financial | 4220-000 | $0.00 | $41,615.58 | $0.00 | $0.00 |
| 37 | Ally Bank | 4220-000 | $0.00 | $32,976.27 | $0.00 | $0.00 |
| 39 | Mercedes-Benz Fiancial | 4220-000 | $0.00 | $121,589.81 | $0.00 | $0.00 |
| 40 | Wells Fargo | 4220-000 | $0.00 | $57,358.47 | $0.00 | $0.00 |
| 42 | Bank of America | 4220-000 | $0.00 | $16,827.97 | $0.00 | $0.00 |
| 44 | Compass Bank | 4220-000 | $0.00 | $23,249.05 | $0.00 | $0.00 |
| 45 | Compass Bank | 4220-000 | $0.00 | $34,066.12 | $0.00 | $0.00 |
| 46 | Citizens One Auto Finance | 4220-000 | $0.00 | $27,330.37 | $0.00 | $0.00 |
| 48 | City of Houston | 4800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | Clear Creek ISD | 4800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | Clear Lake City Water | 4800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | Ford Motor Credit Co | 4220-000 | $0.00 | $1,435.31 | $0.00 | $0.00 |
| 53 | Ford Motor Credit Co | 4220-000 | $0.00 | $2,862.66 | $0.00 | $0.00 |
| 54 | Ford Motor Credit Co | 4220-000 | $0.00 | $1,850.51 | $0.00 | $0.00 |
| 55 | Ford Motor Credit Co | 4220-000 | $0.00 | $5,368.60 | $0.00 | $0.00 |
| 57 | Ford Motor Credit Co | 4220-000 | $0.00 | $43,490.02 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | Ford Motor Credit Co | 4220-000 | $0.00 | $49,770.59 | $0.00 | $0.00 |
| 59 | Ford Motor Credit Co | 4220-000 | $0.00 | $41,360.03 | $0.00 | $0.00 |
| 61 | Mercedes-Benz Financial | 4220-000 | $0.00 | $119,782.85 | $0.00 | $0.00 |
| 62 | Caterpillar | 4220-000 | $0.00 | $1,438,910.78 | $0.00 | $0.00 |
| 65 | Amegy Bank | 4220-000 | $0.00 | $5,709,029.07 | $0.00 | $0.00 |
| 66 | Midland County | 4800-000 | $0.00 | $885.62 | $0.00 | $0.00 |
| 68 | Ascentium Capital | 4220-000 | $0.00 | $294,568.78 | $0.00 | $0.00 |
| 69 | Stearns Bank | 4220-000 | $0.00 | $8,891,263.00 | $0.00 | $0.00 |
| 70 | Hitachi Capital | 4220-000 | $0.00 | $225,000.00 | $0.00 | $0.00 |
| 71 | Wells Fargo Equip. Finance | 4220-000 | $0.00 | $425,793.34 | $0.00 | $0.00 |
| 76 | Mack Financial Services | 4220-000 | $0.00 | $229,440.52 | $0.00 | $0.00 |
| 77 | EverBank Commercial Finance | 4220-000 | $0.00 | $147,850.00 | $0.00 | $0.00 |
| 79 | Century Tokyo Leasing | 4220-000 | $0.00 | $183,000.00 | $0.00 | $0.00 |
| 83 | US Bank National Assoc | 4220-000 | $0.00 | $35,919.51 | $0.00 | $0.00 |
| 86 | Chrysler Capital | 4220-000 | $0.00 | $39,600.18 | $0.00 | $0.00 |
| 97 | Bank Direct Capital Finance | 4220-000 | $0.00 | $781,374.78 | $0.00 | $0.00 |
| 102 | Andrews ISD | 4800-000 | $0.00 | $17,736.36 | $0.00 | $0.00 |
| 103 | Andrews ISD | 4800-000 | $0.00 | $54,077.64 | $0.00 | $0.00 |
| 104 | Midland County | 4800-000 | $0.00 | $1,654.91 | $0.00 | $0.00 |
| 107 | LaPorte ISD | 4800-000 | $0.00 | $57,147.48 | $0.00 | $0.00 |
| 108 | City of Houston | 4800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 109 | Clear Creek ISD | 4800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 110 | Clear Lake City Water | 4800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 112 | Century Tokyo Leasing | 4220-000 | $0.00 | $183,000.00 | $0.00 | $0.00 |
| 116 | Andrews ISD | 4800-000 | $0.00 | $14,981.15 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $22,072,061.31 | $0.00 | $143,154.90 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael A. McConnell, Trustee Fees | 2100-000 | N/A | $43,847.19 | $43,847.19 | $36,177.41 |
| Michael A. McConnell, Trustee Expenses | 2200-000 | N/A | $3,672.38 | $3,672.38 | $3,672.38 |
| Kelly Hart & Hallman LLP Attorney Fees | 3210-000 | N/A | $387,594.50 | $387,594.50 | $324,061.14 |
| Kelly Hart & Hallman LLP, Attorney Expenses | 3220-000 | N/A | $6,038.03 | $6,038.03 | $6,038.03 |
| Lain Faulkner, Accountant Fees | 3410-000 | N/A | $126,963.00 | $126,963.00 | $106,195.79 |
| Lain Faulkner, Accountant Expenses | 3420-000 | N/A | $1,704.03 | $1,704.03 | $1,704.03 |
| US Trustee Fees | 2950-000 | N/A | $10,400.00 | $10,400.00 | $10,400.00 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $580,219.13 | $580,219.13 | $488,248.78 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Reeves County, claim #89, chp 11 | 6820-000 | N/A | $5,532.68 | $5,532.68 | $0.00 |
| Reeves CAD, claim #90, chp 11 | 6820-000 | N/A | $18,356.67 | $18,356.67 | $0.00 |
| Mark Breaux | 6510-000 | N/A | $20,777.26 | $20,777.26 | $20,777.26 |
| Paragon ERP | 6920-000 | N/A | $48,291.10 | $48,291.10 | $48,291.10 |
| Extra Space Storage | 6990-000 | N/A | $11,772.40 | $11,772.40 | $11,772.40 |
| Moving Interoirs | 6990-000 | N/A | $2,815.20 | $2,815.20 | $2,815.20 |
| International Sure | 6990-000 | N/A | $2,000.00 | $2,000.00 | $2,000.00 |
| Harland Clarke | 6990-000 | N/A | $26.00 | $26.00 | $26.00 |
| Frost Bank | 6990-000 | N/A | $28.01 | $28.01 | $28.01 |
| Proshred Security | 6990-000 | N/A | $5,475.00 | $5,475.00 | $5,475.00 |
| Real Estate Comm | 6510-000 | N/A | $46,072.30 | $46,072.30 | $46,072.30 |
| Real Estate Exp | 6520-000 | N/A | $35,274.77 | $35,274.77 | $35,274.77 |
| Misc Expenses | 6990-000 | N/A | $8,008.19 | $8,008.19 | $8,008.19 |

UST Form 101-7-TDR (10/1/2010)

| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | $204,429.59 | $204,429.58 | $180,540.23 |
|---|---|---|---|---|

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | Andrews County | 5800-000 | $0.00 | $20,198.61 | $20,198.61 | $0.00 |
| 26 | Andrews ISD | 5800-000 | $0.00 | $112,161.23 | $112,161.23 | $0.00 |
| 27 | Reeves County | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | Reeves CAD | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | Harris County | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | La Porte ISD | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 80 | Andrews County | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 81 | Andrews ISD | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 82 | Ellis County | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 87 | harris County | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 89 | Reeves County | 5800-000 | $0.00 | $11,065.37 | $11,065.37 | $0.00 |
| 90 | Reeves CAD | 5800-000 | $0.00 | $18,356.67 | $18,356.67 | $0.00 |
| 94 | Paragon ERP | 5800-000 | $0.00 | $1,145.55 | $1,145.55 | $0.00 |
| 107 | La Porte ISD | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 111 | Amegy Bank National | 5200-000 | $0.00 | $19,390.31 | $19,390.31 | $0.00 |
| 115 | Comptroller of Public Accts | 5800-000 | $0.00 | $84,614.69 | $84,614.69 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $266,932.43 | $266,932.43 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | PAACAR | 7100-000 | $0.00 | $228,443.48 | $228,443.48 | $0.00 |
| 27 | Reeves County | 7100-000 | $0.00 | $15,232.36 | $15,232.36 | $0.00 |
| 31 | TD Auto Finance | 7100-000 | $0.00 | $12,449.31 | $12,449.31 | $0.00 |
| 33 | Ally Financial | 7100-000 | $0.00 | $13,275.72 | $13,275.72 | $0.00 |
| 34 | Ally Financial | 7100-000 | $0.00 | $12,093.31 | $12,093.31 | $0.00 |
| 35 | Ally Financial | 7100-000 | $0.00 | $15,504.49 | $15,504.49 | $0.00 |
| 38 | CNH Industrial | 7100-000 | $0.00 | $21,167.49 | $21,167.49 | $0.00 |
| 40 | Wells Fargo Bank | 7100-000 | $0.00 | $9,140.69 | $9,140.69 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| 41 | Lee Transervices | 7100-000 | $0.00 | $60,183.77 | $60,183.77 | $0.00 |
|---|---|---|---|---|---|---|
| 43 | Corporate Billing | 7100-000 | $0.00 | $48,321.52 | $48,321.52 | $0.00 |
| 47 | JP Morgan Chase Bank | 7100-000 | $0.00 | $27,824.08 | $27,824.08 | $0.00 |
| 56 | Ford Motor Credit Company | 7100-000 | $0.00 | $5,332.14 | $5,332.14 | $0.00 |
| 60 | FedEx TechConnect | 7100-000 | $0.00 | $953.99 | $953.99 | $0.00 |
| 63 | Caterpiller | 7100-000 | $0.00 | $99,754.31 | $99,754.31 | $0.00 |
| 64 | Hall & Stephen | 7100-000 | $0.00 | $22,130.55 | $22,130.55 | $0.00 |
| 67 | F & W Industries | 7100-000 | $0.00 | $58,395.00 | $58,395.00 | $0.00 |
| 72 | Key Equipment Finance | 7100-000 | $0.00 | $44,353.38 | $44,353.38 | $0.00 |
| 73 | Warren Cat | 7100-000 | $0.00 | $157,814.13 | $157,814.13 | $0.00 |
| 74 | Sitech Texoma | 7100-000 | $0.00 | $25,620.00 | $25,620.00 | $0.00 |
| 75 | Mack Financial Services | 7100-000 | $0.00 | $988,364.89 | $988,364.89 | $0.00 |
| 78 | ELINERS | 7100-000 | $0.00 | $7,691.80 | $7,691.80 | $0.00 |
| 84 | PRVCKA | 7100-000 | $0.00 | $13,864.35 | $13,864.35 | $0.00 |
| 85 | IR Fresh Water Sales | 7100-000 | $0.00 | $43,459.19 | $43,459.19 | $0.00 |
| 91 | Medley Material Handling | 7100-000 | $0.00 | $294,713.91 | $294,713.91 | $0.00 |
| 94 | Paragon ERP | 7100-000 | $0.00 | $118,069.89 | $118,069.89 | $0.00 |
| 95 | ADP Commercial Leasing | 7100-000 | $0.00 | $3,179.19 | $3,179.19 | $0.00 |
| 96 | Dragon products | 7100-000 | $0.00 | $106,382.73 | $106,382.73 | $0.00 |
| 98 | EJC Ventures LP | 7100-000 | $0.00 | $25,800.62 | $25,800.62 | $0.00 |
| 99 | Texas Mutual Insurance Co | 7100-000 | $0.00 | $14,289.00 | $14,289.00 | $0.00 |
| 100 | Texas Mutual Insurance Co | 7100-000 | $0.00 | $30,288.00 | $30,288.00 | $0.00 |
| 101 | Great American Financial Serv | 7100-000 | $0.00 | $10,412.05 | $10,412.05 | $0.00 |
| 105 | RTS Rig Parts and More | 7100-000 | $0.00 | $24,534.30 | $24,534.30 | $0.00 |
| 106 | ELINERS | 7100-000 | $0.00 | $7,961.80 | $7,961.80 | $0.00 |
| 114 | J& C Oilfield | 7100-000 | $0.00 | $11,800.00 | $11,800.00 | $0.00 |
| 117 | Ecoserv, LLC | 7100-000 | $0.00 | $7,242.00 | $7,242.00 | $0.00 |
| 118 | Weidner & Philipps HD | 7100-000 | $0.00 | $2,512.49 | $2,512.49 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,588,555.93 | $2,588,555.93 | $0.00 |

UST Form 101-7-TDR (10/1/2010)